ALD-128                                                February 16, 2007
**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

C.A. No. 06-5158

IN RE: BENJAMIN F. WHITEMAN, Petitioner

Present: SLOVITER, CHAGARES AND NYGAARD, <u>CIRCUIT JUDGES</u>

Submitted are:

(1) Petitioner's application for leave to file a second or successive petition under 28 U.S.C. § 2254; and

(2) Petitioner's "Motion for Limited Waiver of Filing Fees," which is construed as a motion to be relieved of the requirements of Third Circuit LAR 22.5 in the above-captioned case.

Respectfully,

Clerk

MMW/BNB/slc

_____ORDER_____
The foregoing "Motion for Limited Waiver of Filing Fees" is treated as a motion for exemption from compliance with the requirements of Third Circuit LAR 22.5 and, so treated, is granted. The foregoing application under 28 U.S.C. § 2244 for leave to file a second or successive petition under 28 U.S.C. § 2254 is denied. Petitioner has not presented any newly discovered evidence and his claim does not involve a new rule of constitutional law. See 28 U.S.C. § 2244(b)(2).



A True Copy

Marcia M. Waldron, Clerk

By the Court,

/s/ Richard L. Nygaard
Circuit Judge

Dated: March 1, 2007
SLC/cc: Mr. Benjamin F. Whiteman
        Loren C. Meyers, Esq.

| | OFFICE OF THE CLERK | |
|---|---|---|
| MARCIA M. WALDRON<br>CLERK | UNITED STATES COURT OF APPEALS<br>FOR THE THIRD CIRCUIT<br>21400 UNITED STATES COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA 1610-1790 | TELEPHONE<br>215-597-2995 |

<u>Delaware</u>          Clerk of District Court          Date <u>March 1, 2007</u>
(District),

<u>In re: Whiteman</u>                                    C. of A. No. <u>06-5158</u>
(Caption)

<u>Banjamin F. Whiteman</u>
   (Appellant)

<u>Related to: 94-cv-001151</u>
   (D.C. No.)
Enclosures:

U. S. DISTRICT COURT - DE
MISC. CASE # 07-45
MAR 2 3 46 PM '07
FILED
DISTRICT OF DELAWARE

<u>March 1, 2007</u>          Certified copy of C. of A. Order by the Court
   (Date)

_____ Returned

_____ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not released at this time until appeal(s) closed at No.(s)_____
          _____

_____ Please forward Certified List in Lieu of Record to this office.

_____ The certified copy of order issued as the mandate on_____
          is recalled.

                              <u>Shannon Craven</u>   (267)-299-<u>4959</u>
                                 Deputy Clerk        Telephone Number

Receipt Acknowledge:

<u>E Shucklw</u>
   (Name)

<u>3/5/07</u>
   (Date)

                                             Rev. 3/13/00
                         Appeals (Certified List in Lieu of Record)